**Order filed, April 22, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-22-00308-CR

**VINCENT TROY MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

### On Appeal from the 185th District Court
### Harris County, Texas
### Trial Court Case 1607699

---

### ORDER

The reporter's record in this case was due March 31, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM